PROB 12B
(7/93)

Report Date: February 23, 2012

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 24 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Bernal Nelson Thomas         Case Number: 2:99CR02131-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, United States District Judge

Date of Original Sentence: November 17, 2000        Type of Supervision: Supervised Release

Original Offense: Second Degree Murder,        Date Supervision Commenced: February 24, 2012
18 U.S.C. § 1111 and 1153

Original Sentence: Prison - 168 Months;        Date Supervision Expires: February 23, 2017
TSR - 60 Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

16  You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

17  You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

## CAUSE

Pursuant to U.S. v. Stevens, the above modification with the offender's consent is being submitted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/23/2012

s/Richard Law

Richard Law
U.S. Probation Officer

Prob 12B
Re: Thomas, Bernal Nelson
February 23, 2012
Page 2

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

2/24/12

Date