PROB 12C
(7/93)

Report Date: September 17, 2015

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 17, 2015**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Bernal Nelson Thomas        Case Number: 0980 2:99CR02131-EFS-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Mabton, Washington 98935

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: November 17, 2000

| | | |
|---|---|---|
| Original Offense: | Second Degree Murder, 18 U.S.C. § 1111 and 1153 | |
| Original Sentence: | Prison - 168 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alexander Carl Ekstrom | Date Supervision Commenced: February 24, 2012 |
| Defense Attorney: | Diane E. Hehir | Date Supervision Expires: February 23, 2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.<br><br>**Standard Condition # 11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.<br><br>**Supporting Evidence**: On September 2, 2015, Mr. Thomas was stopped for speeding by a Johnson County Sheriff's deputy in the state of Kansas.  Mr. Thomas was given a verbal warning by the deputy and allowed to continue with his travel.   Mr. Thomas failed to request permission from the probation office or  notify this officer of having the aforementioned law enforcement contact. |
| 2 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.<br><br>**Supporting Evidence**: Mr. Thomas has failed to submit a written monthly report during the first 5 days of September 2015.  As of the date of this report, this officer has not received a monthly report.  This officer has been unable to make contact with Mr. Thomas and his current whereabouts are unknown. |

Prob12C
**Re: Thomas, Bernal Nelson**
**September 17, 2015**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/17/2015

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[ X ]  The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   Other

*Edward F. Shea*

Signature of Judicial Officer

September 17, 2015

Date