PROB 12C
(6/16)

Report Date: December 29, 2016

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Bernal Nelson Thomas        Case Number: 0980 2:99CR02131-EFS-1

Address of Offender:                    , Mabton, Washington 98935

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: November 17, 2000

Original Offense:        Second Degree Murder, 18 U.S.C. § 1153 & 1111

Original Sentence:       Prison 168 months;          Type of Supervision: Supervised Release
                         TSR - 60 months

Asst. U.S. Attorney:     Alvin Lee Guzman            Date Supervision Commenced: February 24, 2012

Defense Attorney:        Federal Defenders Office    Date Supervision Expires: February 23, 2017

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On December 23, 2016, Mr. Thomas was contacted by Everett Police Department officers in Everett, Washington, for negligent driving. He was suspected of driving under the influence of alcohol. During the investigation, Mr. Thomas fled the traffic stop in his vehicle. His whereabouts became unknown.<br><br>Per Everett Police Department case report number 2016-00149094, probable cause has been established to arrest and charge Mr. Thomas with attempt to elude and negligent driving in the first degree. |
| 2 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.<br><br>**Supporting Evidence**: On December 23, 2016, Mr. Thomas was contacted by officers with the Everett Police Department in Everett, Washington. |

Prob12C  
**Re: Thomas, Bernal Nelson**  
**December 29, 2016**  
**Page 2**

3   **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

**Supporting Evidence**: On December 23, 2016, Mr. Thomas was contacted by officers with the Everett Police Department and investigated for driving under the influence of alcohol. Mr. Thomas exhibited signs of having consumed alcohol, such as driving on a city sidewalk and drifting over multiple lanes of the roadway.

4   **Standard Condition # 11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

**Supporting Evidence**: As of the date of this report, Mr. Thomas has failed to contact this officer to report his contact with law enforcement on December 23, 2016.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/29/2016

s/Arturo Santana

Arturo Santana  
U.S. Probation Officer

---

THE COURT ORDERS

[  ]   No Action  
[ X ]  The Issuance of a Warrant  
[  ]   The Issuance of a Summons  
[  ]   Other

*Edward F. Shea* (signed)

Signature of Judicial Officer

December 30, 2016

Date